IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SEI GLOBAL SERVICES, INC.,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | No. 20-1148 |
| **SS&C ADVENT, and SS&C TECHNOLOGIES HOLDINGS, INC.,** *Defendants.* | : : : : | |

# ORDER

**AND NOW**, this 23rd day of October 2020, upon consideration of Defendants SS&C Advent and SS&C Technologies Holdings, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 29), Plaintiff's response thereto (ECF No. 30), oral arguments held on July 30, 2020, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that said Motion is **GRANTED** in part as follows:

1. Count Six of Plaintiff's Second Amended Complaint is hereby **DISMISSED WITH PREJUDICE**;

2. The remaining counts of Plaintiff's Second Amended Complaint are hereby **DISMISSED WITHOUT PREJUDICE** for want of subject matter jurisdiction.

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.